UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO.: 8:15-CV-1169-T-33EAJ

UNITED STATES OF AMERICA, )
                                  Plaintiff, )
v. )
    )
WHITE'S CONCRETE PUMPING, INC., )
TONY WHITE and JEAN BROWN-WHITE )
    ) **DEFAULT FINAL JUDGMENT**
                                  Defendant. )
_____)

This matter having come before the Court upon Plaintiff, United States of America's Motion for Entry of Default Final Judgment against defendants, White's Concrete Pumping INC., Tony White and Jean Brown-White, and the Court having reviewed the pleadings submitted on behalf of the Plaintiff, and having further noted the entry of default as to the defendant for failure to answer or otherwise plead to the Summons and Complaint served by the plaintiff, and for good cause shown, it is hereby

ORDERED AND ADJUDGED that judgment is hereby entered in favor of Plaintiff, the United States of America, and against Defendants, White's Concrete Pumping INC., Tony White and Jean Brown-White, upon the Complaint herein, and it is further

ORDERED AND ADJUDGED that Plaintiff recover of the defendants, White's Concrete Pumping INC., Tony White and Jean Brown-White, the sum of $72,191.12 consisting of $55,742.00 in unpaid principal, plus $15,247.77 in interest at the rate of 12.00% through June 25, 2015 in accordance with the supporting documentation attached as Exhibit "B" to Plaintiff's Motion for Entry of Default Final Judgment, per annum to the date of this judgment, together with a Fee for Service and Travel of $174.35, See Exhibit "D", plus Attorney's fees of $1,000.00, see Exhibit "C", for all of which sums let execution issue. It is further

ORDERED AND ADJUDGED that this judgment shall bear interest at the rate as prescribed by 28 U.S.C. § 1961, and shall be enforceable as prescribed by 28 U.S.C. § 2001, et seq., 28 U.S.C. § 3001-3307,

and Rule 69(a), Federal Rules of Civil Procedure. Plaintiff's address is: Becker & Poliakoff P.A., 121 Alhambra Plaza 10th Floor, Coral Gables, FL 33134 and the Small Business Administration 2120 Riverfront Dr # 100, Little Rock, AR 72202. Defendant's address is: White Concrete Pumping, Inc. at 26739 Chianina Drive, Wesley Chapel, Fl 33544, Tony White's, 26739 Chianina Drive, Wesley Chapel, Fl 33544 and Jean Brown-White 26739 Chianina Drive, Wesley Chapel, Fl 33544.

DONE AND ORDERED in Chambers, in Tampa, FL, this 1st day of July, 2015.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

cc: Steven M. Davis, Esq.(Two Certified Copies)
White's Concrete Pumping, Inc., Pro Se
Tony White, Pro Se
Jean Brown-White, Pro Se